IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STARZ ENTERTAINMENT, LLC, STARZ, LLC, STARZPLAY MANAGEMENT US, LLC, and STARZPLAY US, LLC,<br><br>Plaintiff/Counter-Defendants,<br><br>v.<br><br>VL COLLECTIVE IP, LLC and VIDEOLABS, INC.,<br><br>Defendants/Counter-Plaintiffs. | C.A. No. 21-1448-JLH<br><br>**PUBLIC VERSION** |

### DECLARATION OF PHILIP T. SHENG IN SUPPORT OF STARZ'S MOTIONS FOR SUMMARY JUDGMENT AND TO EXCLUDE THE OPINIONS OF JIM BERGMAN

I, Philip T. Sheng, declare:

1. I am a partner at the law firm of Venable LLP and counsel to Plaintiff/Counter-Defendants Starz Entertainment, LLC, Starz, LLC, StarzPlay Management US, LLC, and StarzPlay US, LLC (collectively, "Starz") in the above-captioned matter. I respectfully submit this declaration in support of Starz's Motions for Summary Judgment and to Exclude the Opinions of Jim Bergman.

2. **Exhibit 1** to this declaration is a true and correct copy of U.S. Patent No. 7,233,790.

3. **Exhibit 2** to this declaration is a true and correct copy of U.S. Patent No. 7,440,559.

4. **Exhibit 3** to this declaration is a true and correct copy of U.S. Patent No. 8,605,794.

5. **Exhibit 4** to this declaration is a true and correct copy of excerpts from VideoLabs' Amended Infringement Contentions, dated July 10, 2023.

6. **Exhibit 5** to this declaration is a true and correct copy of an email from Jaime Cardenas-Navia dated July 20, 2023.

7. **Exhibit 6** to this declaration is a true and correct copy of the Series A Preferred Stock Purchase Agreement, dated August 22, 2019, produced by VideoLabs in this litigation.

i

8. **Exhibit 7** to this declaration is a true and correct copy of the Investors' Rights Agreement, dated August 22, 2019, produced by VideoLabs in this litigation.

9. **Exhibit 8** to this declaration is a true and correct copy of the Security Agreement, dated August 22, 2019, produced by VideoLabs in this litigation.

10. **Exhibit 9** to this declaration is a true and correct copy of VideoLabs' internal Investor Update, produced as VL00017826 by VideoLabs in this litigation.

11. **Exhibit 10** to this declaration is a true and correct copy of the Amended and Restated Patent Security Agreement, dated April 24, 2020, produced by VideoLabs in this litigation.

12. **Exhibit 11** to this declaration is a true and correct copy of the Holdco LLC Agreement, dated August 22, 2019, produced by VideoLabs in this litigation.

13. **Exhibit 12** to this declaration is a true and correct copy of the Grantor LLC Agreement, dated August 22, 2019, produced by VideoLabs in this litigation.

14. **Exhibit 13** to this declaration is a true and correct copy of the Amended and Restated Certificate of Incorporation of VideoLabs, Inc, filed on August 22, 2019, produced by VideoLabs in this litigation.

15. **Exhibit 14** to this declaration is a true and correct copy of the Pledge Agreement and Irrevocable Proxy, dated August 22, 2019, produced by VideoLabs in this litigation.

16. **Exhibit 15** to this declaration is a true and correct copy of the Holdco Option Agreement, dated August 22, 2019, produced by VideoLabs in this litigation.

17. **Exhibit 16** to this declaration is a true and correct copy of the Inter-Company Patent Assignment and License Agreement, dated August 22, 2019, produced by VideoLabs in this litigation.

18. **Exhibit 17** to this declaration is a true and correct copy of the Amendment #1 Investor Rights Agreement, dated July 30, 2021, produced by VideoLabs in this litigation.

19. **Exhibit 18** to this declaration is a true and correct copy of the Omnibus Agreement, dated January 19, 2022, produced by VideoLabs in this litigation.

20. **Exhibit 19** to this declaration is a true and correct copy of the Amended and Restated Security Agreement, dated January 19, 2022, produced by VideoLabs in this litigation.

21. **Exhibit 20** to this declaration is a true and correct copy of excerpts from VideoLabs' Objections and Responses to Starz's First Set of Interrogatories (Nos. 1-22), dated February 24, 2023.

22. **Exhibit 21** to this declaration is a true and correct copy of excerpts from VideoLabs' Second Amended Objections and Responses to Starz's First Set of Interrogatories (Nos. 1-22), dated June 30, 2023.

23. **Exhibit 22** to this declaration is a true and correct copy of excerpts from the Deposition Transcript of William Goldman, dated June 30, 2023.

24. **Exhibit 23** to this declaration is a true and correct copy of excerpts from the Expert Report of Jim W. Bergman, dated July 31, 2023.

25. **Exhibit 24** to this declaration is a true and correct copy of excerpts from the Expert Reply Report of Jim W. Bergman, dated September 13, 2023.

26. **Exhibit 25** to this declaration is a true and correct copy of excerpts from the Deposition Transcript of Will Chan, dated June 7, 2023.

27. **Exhibit 26** to this declaration is a true and correct copy of excerpts from the Deposition Transcript of Tomas Gote Lund, dated June 20, 2023.

28. **Exhibit 27** to this declaration is a true and correct copy of excerpts from the Opening Expert Report of Michael Goodrich, dated July 31, 2023.

29. **Exhibit 28** to this declaration is a true and correct copy of a redemption notice dated February 9, 2020, produced as VL00070444 by VideoLabs in this litigation.

30. **Exhibit 29** to this declaration is a true and correct copy of a redemption notice dated May 13, 2020, produced as VL00070929 by VideoLabs in this litigation.

31. **Exhibit 30** to this declaration is a true and correct copy of a redemption notice dated July 31, 2020, produced as VL00070441 by VideoLabs in this litigation.

32. **Exhibit 31** to this declaration is a true and correct copy of a redemption notice dated July 31, 2020, produced as VL00070440 by VideoLabs in this litigation.

33. **Exhibit 32** to this declaration is a true and correct copy of a redemption notice dated August 6, 2020, produced as VL00070443 by VideoLabs in this litigation.

34. **Exhibit 33** to this declaration is a true and correct copy of a redemption notice dated April 16, 2020, produced as VL00070442 by VideoLabs in this litigation.

35. **Exhibit 34** to this declaration is a true and correct copy of a redemption notice dated February 7, 2022, produced as VL00074477 by VideoLabs in this litigation.

36. **Exhibit 35** to this declaration is a true and correct copy of a redemption notice dated May 12, 2022, produced as VL00074198 by VideoLabs in this litigation.

37. **Exhibit 36** to this declaration is a true and correct copy of a redemption notice dated August 31, 2022, produced as VL00074168 by VideoLabs in this litigation.

38. **Exhibit 37** to this declaration is a true and correct copy of a redemption notice dated October 5, 2022, produced as VL00074467 by VideoLabs in this litigation.

39. **Exhibit 38** to this declaration is a true and correct copy of a redemption notice dated December 9, 2022, produced as VL00074477 by VideoLabs in this litigation.

40. **Exhibit 39** to this declaration is a true and correct copy of VideoLabs' First Amended Objections and Responses to Starz's First Set of Interrogatories (Nos. 1-22), dated May 26, 2023.

41. **Exhibit 40** to this declaration is a true and correct copy of an email from Navid Bayar, dated July 15, 2023.

Executed in San Francisco, California

Dated:  October 6, 2023                                   /s/ Philip T. Sheng
                                                                            Philip T. Sheng