Kelly E. Farnan
302-651-7705
farnan@rlf.com



January 14, 2025

**BY CM/ECF AND HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court
844 North King Street
Wilmington, DE 19801

RE:   *Starz Entertainment, LLC et al. v. VL Collective IP, LLC, et al.*,
       C.A. No. 21-1448-JLH

Dear Judge Hall:

Pursuant to the Court's Oral Order dated January 18, 2024 [D.I. 353], Starz Entertainment, LLC ("Starz") and VL Collective IP, LLC and VideoLabs, Inc. (collectively, "VideoLabs") hereby notify the Court of a final written decision dated January 7, 2025, in IPR2023-00891 on one of the asserted patents in this case, the '794 patent. The Patent Trial and Appeal Board found all claims of the '794 patent to be unpatentable. The final written decision is attached hereto as Exhibit A.

In view of the Court's previous order staying the case, the parties do not seek to lift the stay at this time.

**Starz's Additional Statement:**

Starz further notes for clarity that every claim asserted against Starz in this matter from every asserted patent (the '794, '790, and '559 patents) has now been held to be unpatentable by the Patent Trial and Appeal Board. *See* Exhibit A, DI 343, 362.

Respectfully,

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)

Attachment
cc: All Counsel of Record (w/e) (CM/ECF)